IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

    Plaintiff,

v.                                                    CASE NO. 1:09-cv-00187-MP-AK

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, DIVISION OF RISK
MANAGEMENT, DEPARTMENT OF FINANCIAL SERVICES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Motion to Dismiss Plaintiff's Complaint by Board of Trustees of the University of Florida. Defendant moved to dismiss, and Plaintiff filed an Amended Complaint in response, Doc. 9, which moots the Motion to Dismiss. Defendant is at liberty to file a pleading responsive to the Amended Complaint or another Motion to Dismiss.

**DONE AND ORDERED** this   *24th* day of November, 2009

                                                *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge