IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00187-MP -GRJ

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, DIVISION OF RISK
MANAGEMENT, DEPARTMENT OF FINANCIAL SERVICES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 54, Motion Hearing Minute Entry for Proceedings Held Before Senior Judge Maurice M Paul. A teleconference motion hearing was held on January 6, 2011, regarding Doc. 50, Motion for Extension of Time to File Dispositive Motions (opposed) filed by Board of Trustees of the University of Florida and Doc. 53, Motion to Compel Payment for Records Produced to Plaintiff Xu in Response to Plaintiff's First Request for Production of Documents filed by Board of Trustees of the University of Florida.

On December 22, 2010, Defendants filed a Motion for Summary Judgment, which was nine days past the December 13, 2010, deadline for filing dispositive motions. Later that day, Defendants filed a Motion for Extension of Time to File Dispositive Motions (opposed). Later the same day, Plaintiff filed a Motion to Strike Defendant's Motion for Summary Judgment. At the teleconference motion hearing, Defendants cited a scheduling error for the untimely motion. Plaintiff indicated their desire to proceed to trial and argued that responding to Defendant's Motion for Summary Judgment while preparing for trial would be burdensome. Plaintiff was not prepared to argue Defendants' Motion to Compel Payment and asked for time to respond in

writing.

The Court agreed that responding to Defendant's Motion for Summary Judgment while preparing for trial would be burdensome and asked the parties to find a mutually agreeable date that would allow Plaintiff time to respond to Defendants' motions and prepare for trial. The parties have done so. Accordingly it is

**ORDERED AND ADJUDGED:**

1. The Motion for Extension of Time to File Dispositive Motions, Doc. 50, is GRANTED.

2. The Motion to Strike Defendant's Motion for Summary Judgment, Doc. 51, is DENIED.

3. The deadline to file a Response to Defendant's Motion for Summary Judgment, Doc. 49, is Friday, January 21, 2011.

4. The deadline to file a Response to Defendant's Motion to Compel Payment for Records Produced to Plaintiff Xu in Response to Plaintiff's First Request for Production of Documents, Doc. 53, is Friday, January 21, 2011.

5. The trial in this case is CONTINUED until Monday, May 16, 2011, at 9:00 a.m.

**DONE AND ORDERED** this *7th* day of January, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge