IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

    Plaintiff,

v.                                           CASE NO. 1:09-cv-00187-MP -GRJ

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, DIVISION OF RISK MANAGEMENT, DEPARTMENT OF FINANCIAL SERVICES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 61, Consented Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment by Jennifer Xu. Plaintiff requests a one (1) day enlargement of time to file Response. Defendants have no objection to the granting of this motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion for Extension of Time, Doc. 61, is GRANTED.

2. Plaintiff shall file Response to Defendants' Motion for Summary Judgment on or before January 28, 2011.

**DONE AND ORDERED** this *24th* day of January, 2011

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge