IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

    Plaintiff,

v.                                                        CASE NO. 1:09-cv-00187-MP -GRJ

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, DIVISION OF RISK
MANAGEMENT, DEPARTMENT OF FINANCIAL SERVICES,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 92, Oral Motion to Continue Trial, and Doc. 93, Minute Entry for proceedings held before Senior Judge Maurice M Paul.  On April 28, 2011, a telephone scheduling conference was held, at which the parties jointly made an oral motion to continue trial.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Oral Motion to Continue Trial, Doc. 92, is GRANTED.  The trial date is reset for Monday, November 7, 2011 at 9:00 a.m.

2.     The Clerk is directed to file an amended pretrial order.

**DONE AND ORDERED** this _6th_ day of May, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge