IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

     Plaintiff,

v.                                      CASE NO. 1:09-cv-00187-MP-GRJ

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, DIVISION OF RISK
MANAGEMENT, DEPARTMENT OF FINANCIAL SERVICES,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 116, Consent Motion for Extension of Time to

File Pretrial Stipulation by Jennifer Xu.  The trial has been continued to April 23, 2012 and the

parties request that they be permitted to file the pretrial stipulation on or before January 15,

2012.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     Consent Motion for Extension of Time to File Pretrial Stipulation, Doc. 116, is
             GRANTED.

     2.     The parties shall file the pretrial stipulation on or before January 15, 2012.

     **DONE AND ORDERED** this *  21st* day of October, 2011

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge