IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER XU,

    Plaintiff,

v.                                                           CASE NO. 1:09cv187-MP-GRJ

BOARD OF TRUSTEES OF
THE UNIVERSITY OF FLORIDA,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

    This matter is presently scheduled for trial before the undersigned judge commencing July 30, 2012. Due to conflicting matters that have arisen on the court's calendar, the trial in this case will be continued from the current docket date and will be rescheduled by separate order following a scheduling conference with counsel.

    Accordingly, it is ORDERED that the trial in this case is hereby continued from trial docket commencing July 30, 2012, and will be rescheduled by separate order.

    **DONE and ORDERED** on this 17th day of July, 2012.

                                              *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**