**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JENNIFER XU,

    Plaintiff,

v.                                                CASE NO. 1:09cv187-MP-GRJ

BOARD OF TRUSTEES OF
THE UNIVERSITY OF FLORIDA,

    Defendant.

_____/

**AMENDED ORDER SETTING TRIAL**

By order dated July 17, 2012, the previously scheduled trial of this matter was continued, to be rescheduled by separate order.  (*See* doc. 149).  A telephone conference with counsel was conducted on August 2, 2012, for the purpose of discussing potential trial dates.  Consistent with those discussions, the trial of this matter is rescheduled for February 11, 2012.  Accordingly, the Order Setting Trial (doc. 146) is amended as follows:

    1.    Trial will begin on Monday, **February 11, 2013**.

    2.    The deadline to submit proposed voir dire questions to the court is Wednesday, February 6, 2013.

    3.    The deadline to notify the court of settlement is Friday, February 8, 2013.

    4.    Any special request for court reporter services must be submitted to the court reporter by close of business on Monday, February 4, 2013.

    5.    All other provisions of the court's May 16, 2012, Order Setting Trial (doc. 146) remain unchanged.[1]

    **SO ORDERED** this 9th day of August, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS
                                      CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Noting a pretrial conference was previously conducted in this matter, no additional pretrial conference will be scheduled absent specific request from counsel.